**No. 55416.**—J. Manson *v.* United States, protest 153494–K (San Francisco).

Opinion by Cole, J. Plaintiff's testimony was merely an explanation of his attempt to learn the proper United States tariff classification prior to shipment of his merchandise from Scotland, the country of exportation. The record containing nothing to disturb the collector's classification, which was presumptively correct, the protest was overruled.

**No. 55417.**—J. Eisenberg Co. *v.* United States, protest 135520–K (New York).

Opinion by Cole, J. When the case was called for trial, defendant conceded that the merchandise represented by invoice items 169/C–1/6 and 169/C–100/104, to which the protest is limited, consists of wool rags. The claim of the plaintiff was sustained as to said items.

**No. 55418.**—Schwabach Co. *v.* United States, protest 135720–K (New York).

Opinion by Cole, J. At the trial it was stipulated that the "rugs are not kelims, that they are not made on power driven looms but are hand made in the same way as are oriental rugs." The claim of the plaintiff was therefore sustained.

**No. 55419.**—Albert Kessler & Co. *v.* United States, protest 118150–K (San Francisco).

Opinion by Mollison, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55420.**—Butler Bros. *v.* United States, protest 142607–K/12999 (New Orleans).

Opinion by Mollison, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55421.**—Butler Bros. *v.* United States, protest 146335–K (San Francisco).

Opinion by Mollison, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.